**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 12, 2018.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-18-00226-CV**

**IN RE TURNER JONES AND NATIONWIDE COIN & BULLION EXCHANGE, INC., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-14386**

---

## MEMORANDUM OPINION

On April 2, 2018, relators Turner Jones and Nationwide Coin & Bullion Exchange, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. Relators also

filed a supplemental petition on April 20, 2018. Relators ask this court to compel the Honorable William R. Burke, presiding judge of the 189th District Court of Harris County, to set aside his April 11, 2018 order denying their motion to dismiss filed pursuant to Texas Rule of Civil Procedure 91a.[1]

Relators have not established that they are entitled to mandamus relief. *See In re Williams*, 378 S.W.3d 503, 505 (Tex. App.—Houston [14th Dist.] 2012, orig. proceeding). Accordingly, we deny relators' petition and supplemental petition for writ of mandamus. We also deny relators' motion to stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.

---

[1] *See* Tex. R. Civ. P. 91a.

2